IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Edward W. Nottingham**

Criminal Case No. 07–cr–00275–EDWARD W. NOTTINGHAM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

11.    JOSE MARTINEZ,
        a/k/a "Jose E. Martinez-Horta,"
        a/k/a "Juan Encarnacion Horta-Martinez,"
        a/k/a "Juan Martinez-Horta,"
        a/k/a "J. Encarnacion Martinez Horta,"
        a/k/a "J. Encarnacion Martinez,"
        a/k/a "Jose Encarnacion Martinez-Hoerta,"

    Defendant.

## ORDER

    This matter comes before the court on the status report filed by Defendant Jose Martinez (#502). The court, having reviewed the report and the docket entries discussed herein,

    **ORDERS** that the following discovery motions filed by Defendant Jose Martinez are DENIED as mooted by the Government's responses to the motions: #300, 302 and 303.

    Dated this 14th day of April, 2008.

                                                         BY THE COURT:

                                                         s/ Edward W. Nottingham
                                                         EDWARD W. NOTTINGHAM
                                                         Chief United States District Judge